P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE, a married woman
dealing with her sole and separate claim,

                Plaintiff,

vs.

MINT DEVELOPMENT LP,

                Defendant.

Case No: 3:19-cv-05910-JSC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

      RESPECTFULLY SUBMITTED this 15th day of January, 2020.

                /s/ Peter Kristofer Strojnik
                Peter Kristofer Strojnik (242728)
                Attorneys for Plaintiff